# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3664

_____

Clark Lee Smith,                                          *
                                                         *
              Appellant,                                 *
                                                         *    Appeal from the United States
       v.                                                *    District Court for the
                                                         *    Western District of Missouri.
Mike Kemna; CO I. Knowles; Shanna                        *
Keeter; Russell Hollowell,                               *    [UNPUBLISHED]
                                                         *
              Appellees.                                 *

_____

Submitted: May 23, 2006
    Filed: May 24, 2006

_____

Before MURPHY, BEAM, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Clark Lee Smith appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude dismissal of the complaint was proper for the reasons explained by the district court. Accordingly, we affirm the judgment. See 8th Cir. R. 47A(a).

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.